UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HAYDEN, <br><br> Plaintiff, <br><br> v. <br><br> PORTOLA PHARMACEUTICALS, INC., et al., <br><br> Defendants. | Case No. 20-cv-00367-VC <br><br> **ORDER GRANTING MOTION TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL, VACATING HEARING, AND SETTING BRIEFING SCHEDULE FOR AMENDED PLEADINGS** <br><br> Re: Dkt. Nos. 30, 47 |
| JOHN R. MCCUTCHEON, <br><br> Plaintiff, <br><br> v. <br><br> PORTOLA PHARMACEUTICALS, INC., et al., <br><br> Defendants. | Case No.  3:20-cv-00949-VC |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY , <br><br> Plaintiff, <br><br> v. <br><br> PORTOLA PHARMACEUTICALS, INC., et al., <br><br> Defendants. | Case No.  3:20-cv-01501-VC |

The hearing set for Thursday, April 23 is vacated. Alameda County Employees' Retirement Association's now-unopposed motion to appoint lead plaintiff and lead counsel is granted. *See*

3:20-cv-00949-VC, Dkt. No. 30. The Court adopts the following schedule for amended pleadings:

- ACERA shall file its Amended Complaint no later than 28 days after the entry of this order.
- Defendants shall respond to the Amended Complaint within 28 days of the filing of the Amended Complaint.
- If Defendants move to dismiss the Amended Complaint, the deadline for ACERA to file any response or opposition to the motion to dismiss shall be within 28 days of the filing of the motion to dismiss.
- Defendants shall file any reply brief in support of any motion to dismiss within 21 days of the filing of the opposition brief.
- A hearing on the motion to dismiss will take place on Thursday, August 20, 2020.

**IT IS SO ORDERED.**

Dated: April 22, 2020

VINCE CHHABRIA
United States District Judge