UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HAYDEN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>PORTOLA PHARMACEUTICALS, INC., et al.,<br><br>        Defendants. | Case No. 20-cv-00367-VC<br><br>**ORDER DENYING THE DEFENDANTS' MOTION TO DISMISS**<br><br>Re: Dkt. No. 163 |

The motion to dismiss is denied. The complaint adequately alleges loss causation. The company's disclosure on February 28, 2020 counts as a corrective disclosure of its prior 2018 revenue figures, and the statements identified in the complaint leading up to that date plausibly qualify as partially revealing the truth about Hayden's noncompliance with GAAP reporting rules. As explained in the prior order granting the defendants' motion to dismiss (Dkt. No. 143), the complaint adequately alleges the other elements required to state a claim. Having reviewed the prior order, the Court realizes that its loss causation analysis was wrong.

    **IT IS SO ORDERED.**

Dated: January 20, 2022

                                          VINCE CHHABRIA
                                          United States District Judge