Nicole Lavallee (SBN 165755)
Daniel E. Barenbaum (SBN 209261)
Jeffrey V. Rocha (SBN 304852)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
dbarenbaum@bermantabacco.com
jrocha@bermantabacco.com

*Counsel for the Lead Plaintiff Alameda County Employees' Retirement Association and Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL HAYDEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PORTOLA PHARMACEUTICALS INC., et al., <br><br> Defendants. | No. 3:20-cv-00367-VC <br><br> **CLASS ACTION** <br><br> [PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO REMOVE DOCUMENT FROM THE DOCKET <br><br> Dept.: 4 – 17th Floor <br> Judge: Hon. Vince Chhabria |

Having considered the papers filed in support of the Lead Plaintiff Alameda County Employees' Retirement Association's ("Lead Plaintiff") administrative motion to remove document from the docket, and for good cause shown, the Court hereby enters the following Order:

The Court Clerk is directed to remove ECF No. 249 from the case docket.

IT IS SO ORDERED.

DATED: February 3, 2023

HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE