UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL HAYDEN, et al.,<br><br>                      Plaintiffs,<br><br>     v.<br><br>PORTOLA PHARMACEUTICALS INC., et al.,<br><br>                      Defendants. | No. 3:20-cv-00367-VC<br>Hon. Vince Chhabria |

**[PROPOSED] ORDER APPROVING<br>PLAN OF ALLOCATION**

This matter came for hearing before the Court on March 3, 2023 (the "Final Approval Hearing") on Lead Counsel's motion to determine, among other things, whether the Plan of Allocation is fair, reasonable, and adequate and should be approved by the Court. The Court, having considered all papers filed and the proceeding conducted herein, and having found the Plan of Allocation to be fair, reasonable, and adequate and otherwise being fully informed, finds as follows:

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.    All capitalized terms not otherwise defined herein have the same meaning as set forth in the September 19, 2022 Stipulation and Agreement of Settlement (ECF No. 231-2) (the "Stipulation").

2.    The Court has jurisdiction over the subject matter of this application and all matters related thereto, including all members of the Settlement Class.[1]  No Settlement Class

---

[1] "Settlement Class" means the class defined in the Order Preliminarily Approving Settlement and Providing for Notice ("Preliminary Approval Order") (ECF No. 242) at 2-3.

- 2 -

Member has requested exclusion from the Action and the Settlement Class, nor objected to any aspect of the Settlement or Plan of Allocation.

3. Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, the Court hereby finds and concludes that due and adequate notice of these proceedings was directed to all persons and entities who are Settlement Class Members who could be identified with reasonable effort advising them of the Plan of Allocation and of their right to object to thereto, and a full and fair opportunity was accorded to persons and entities who are Settlement Class Members to be heard with respect to the Plan of Allocation.

4. The Claims Administrator posted a copy of the Notice of Pendency of Class Action and Proposed Settlement, Final Approval Hearing, and Motion for Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice"),[2] substantially in the form approved by the Court, to a website dedicated to the administration of the settlement of this action. To date, 44,005 copies of the Notice Packet, substantially in the form approved by the Court, were mailed to potential Settlement Class Members and nominees containing instructions of how to access the Notice on the Settlement website. There are no objections to the Plan of Allocation.

5. The Court hereby finds and concludes that the formulae in the Plan of Allocation for the calculation of the claims of Authorized Claimants that are described in the Notice, which was disseminated to all Settlement Class Members, provides a fair and reasonable basis upon which to allocate the proceeds from the Net Settlement Fund among Settlement Class Members.

6. The Court hereby finds and concludes that the Plan of Allocation set forth in the Notice is, in all respects, fair, reasonable, and adequate, and the Court hereby approves the Plan of Allocation.

IT IS SO ORDERED.

DATED:  March 6, 2023

THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

---

[2] See **Exhibit A-1** to the Preliminary Approval Order.