UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HAYDEN, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>PORTOLA PHARMACEUTICALS, INC., et al.,<br><br>   Defendants. | Case No.  20-cv-00367-VC<br><br>**ORDER RE OUTSTANDING MOTIONS TO SEAL**<br><br>Re: Dkt. No. 243 |

The following chart adjudicates the pending motions to seal in this case.

A party seeking to seal information in a dispositive motion must show a "compelling reason" to justify its request. *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006). Jackson Square in particular has failed to explain why there are "compelling reasons" to seal its internal discussions related to the stocks in this case. Jackson Square's requests to seal that information are denied.

The parties should file the unredacted documents on the docket within 7 days of this order.[1]

**IT IS SO ORDERED.**

Dated: March 6, 2023

_____
VINCE CHHABRIA
United States District Judge

---

[1] The Joint Statement Summarizing Outstanding Motions to Seal refers to a category of documents "for which the designating parties have not objected to filing on the public docket." If the parties have not filed unredacted versions of any those documents on the docket, they should do so within 7 days of this order.

| Sealing Decl. Ex. | ECF Filing | Description | Ruling |
|---|---|---|---|
| Dkt. No. 201 | Hill Decl., Ex. 2 | Expert Report of Jack R. Wiener, Esq. | The motion to seal is denied. |
| Dkt. Nos. 201 & 204 | Hill Decl. Ex. 66 | Unredacted copy of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification | The motion to seal is granted as to footnote 11 on page 19 (as numbered by ECF). The remaining requests are denied. |
| Dkt. No. 216 | Class Cert. Reply Brief | Lead Plaintiff's Reply In Support of Motion For Class Certification | The motion to seal is denied. |
| | Egan Class Cert. Reply Decl. Ex. 12 | Expert Report of Thomas Lee Hazen | The motion to seal is denied. |
| | Egan Class Cert. Reply Decl. Ex. 13 | GS_00017290-GS_00017293 | The motion to seal is granted. |
| | Egan Class Cert. Reply Decl. Ex. 14 | GS_00016350-GS_00016353 | The motion to seal is granted. |
| | Egan Class Cert. Reply Decl. Ex. 18 | GS_00017461-GS_00017462 | The motion to seal is granted. |
| Dkt. No. 201 | Hill Decl. Ex. 21 | Document bearing Bates number JASQ-002460 | The motion to seal is granted. |
| | Hill Decl. Ex. 22 | Document bearing Bates number JASQ-000471 | The motion to seal is denied. |
| | Hill Decl. Ex. 23 | Document bearing Bates number JASQ-000256 | The motion to seal is denied. |
| | Hill Decl. Ex. 24 | Document bearing Bates number JASQ-000291 | The motion to seal is denied. |
| | Hill Decl. Ex. 25 | Document bearing Bates number JASQ-000296 | The motion to seal is denied. |
| | Hill Decl. Ex. 26 | Document bearing Bates number JASQ-000519 | The motion to seal is denied. |
| | Hill Decl. Ex. 27 | Document bearing Bates number JASQ-001563 | The motion to seal is granted. |

| | Hill Decl. Ex. 28 | Document bearing Bates number JASQ-000191 | The motion to seal is denied. |
|---|---|---|---|
| | Hill Decl. Ex. 29 | Document bearing Bates number JASQ-001646 | The motion to seal is granted. |
| | Hill Decl. Ex. 30 | Document bearing Bates number JASQ-002195 | The motion to seal is granted. |
| | Hill Decl. Ex. 31 | Document bearing Bates number JASQ-002275 | The motion to seal is granted. |
| | Hill Decl. Ex. 34 | Document bearing Bates number JASQ-000456 | The motion to seal is denied. |
| | Hill Decl. Ex. 35 | Document bearing Bates number JASQ-000500 | The motion to seal is denied. |
| | Hill Decl. Ex. 36 | Document bearing Bates number JASQ-001135 | The motion to seal is denied. |
| | Hill Decl. Ex. 37 | Document bearing Bates number JASQ-001224 | The motion to seal is denied. |
| | Hill Decl. Ex. 38 | Document bearing Bates number JASQ-001347 | The motion to seal is denied. |
| | Hill Decl. Ex. 39 | Document bearing Bates number JASQ-003686 | The motion to seal is denied. |
| | Hill Decl. Ex. 45 | Document bearing Bates number JASQ-001287 | The motion to seal is denied. |
| | Hill Decl. Ex. 46 | Document bearing Bates number JASQ-000328 | The motion to seal is denied. |
| | Hill Decl. Ex. 47 | Document bearing Bates number JASQ-000173 | The motion to seal is denied. |
| | Hill Decl. Ex. 48 | Document bearing Bates number JASQ-001436 | The motion to seal is denied. |
| | Hill Decl. Ex. 49 | Document bearing Bates number JASQ-000466 | The motion to seal is denied. |
| | Hill Decl. Ex. 50 | Document bearing Bates number JASQ-000468 | The motion to seal is denied. |
| | Hill Decl. Ex. 64 | Document bearing Bates number JASQ-001372 | The motion to seal is denied. |

| Dkt. No. 216 | Egan Class Cert. Reply Decl. Ex. 2 | Excerpts of the Deposition of Lewis A. Slack taken on Apr. 1, 2022 | The motion to seal is denied. |
|---|---|---|---|
| | Egan Class Cert. Reply Decl. Ex. 5 | JASQ-001123 | The motion to seal is denied. |
| | Egan Class Cert. Reply Decl. Ex. 15 | JASQ-002567-JASQ-002568 | The motion to seal is denied. |
| | Egan Class Cert. Reply Decl. Ex. 23 | JASQ-002573-JASQ-002574 | The motion to seal is denied. |
| | Egan Class Cert. Reply Decl. Ex. 24 | JASQ-0023314 | The motion to seal is denied. |